**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JESSICA SHIRLEY, INTERIM ACTING SECRETARY OF THE DEPARTMENT OF ENVIRONMENTAL PROTECTION AND INTERIM ACTING CHAIRPERSON OF THE ENVIRONMENTAL QUALITY BOARD | : : : : : : | No. 113 MAP 2023 Appeal from the Order of the Commonwealth Court at No. 41 MD 2022 dated June 28, 2022 |
| | : : | SUBMITTED: May 13, 2025 |
| v. | : : : | |
| PENNSYLVANIA LEGISLATIVE REFERENCE BUREAU, STEPHANIE FIELDER LATIMORE, DIRECTOR OF THE LEGISLATIVE REFERENCE BUREAU, AND AMY J. MENDELSOHN, DIRECTOR OF THE PENNSYLVANIA CODE AND BULLETIN | : : : : : : : : | |
| APPEAL OF: CONSTELLATION ENERGY CORPORATION AND CONSTELLATION ENERGY GENERATION, LLC, | : : : : : | |
| Possible Intervenors | : | |
| BOWFIN KEYCON HOLDINGS, LLC; CHIEF POWER FINANCE II, LLC; CHIEF POWER TRANSFER PARENT, LLC; KEYCON POWER HOLDINGS, LLC; HERITAGE POWER LLC; PENNSYLVANIA COAL ALLIANCE; UNITED MINE WORKERS OF AMERICA; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; AND INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS AND HELPERS | : : : : : : : : : : : : : : : | No. 114 MAP 2023 Appeal from the Order of the Commonwealth Court at No. 247 MD 2022 dated June 28, 2022 SUBMITTED: May 13, 2025 |
| v. | : : : | |

PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION AND PENNSYLVANIA ENVIRONMENTAL QUALITY BOARD

APPEAL OF: CONSTELLATION ENERGY CORPORATION AND CONSTELLATION ENERGY GENERATION, LLC,

Possible Intervenors

JESSICA SHIRLEY, INTERIM ACTING SECRETARY OF THE DEPARTMENT OF ENVIRONMENTAL PROTECTION AND INTERIM ACTING CHAIRPERSON OF THE ENVIRONMENTAL QUALITY BOARD

v.

PENNSYLVANIA LEGISLATIVE REFERENCE BUREAU, STEPHANIE FIELDER LATIMORE, DIRECTOR OF THE LEGISLATIVE REFERENCE BUREAU, AND AMY J. MENDELSOHN, DIRECTOR OF THE PENNSYLVANIA CODE AND BULLETIN

APPEAL OF: CONSTELLATION ENERGY CORPORATION AND CONSTELLATION ENERGY GENERATION, LLC,

Possible Intervenors

BOWFIN KEYCON HOLDINGS, LLC; CHIEF POWER FINANCE II, LLC; CHIEF POWER TRANSFER PARENT, LLC; KEYCON POWER HOLDINGS, LLC; HERITAGE POWER, LLC; PENNSYLVANIA COAL ALLIANCE; UNITED MINE WORKERS OF AMERICA;

No. 115 MAP 2023

Appeal from the Order of the Commonwealth Court at No. 41 MD 2022 dated November 1, 2023

SUBMITTED: May 13, 2025

No. 116 MAP 2023

Appeal from the Order of the Commonwealth Court at No. 247 MD 2022 dated November 1, 2023

SUBMITTED: May 13, 2025

INTERNATIONAL BROTHERHOOD OF : 
ELECTRICAL WORKERS; AND : 
INTERNATIONAL BROTHERHOOD OF : 
BOILERMAKERS, IRON SHIP BUILDERS, : 
BLACKSMITHS, FORGERS AND : 
HELPERS : 
  : 
  : 
  : 
v. : 
  : 
  : 
PENNSYLVANIA DEPARTMENT OF : 
ENVIRONMENTAL PROTECTION AND : 
PENNSYLVANIA ENVIRONMENTAL : 
QUALITY BOARD : 
  : 
  : 
APPEAL OF: CONSTELLATION ENERGY : 
CORPORATION AND CONSTELLATION : 
ENERGY GENERATION, LLC, : 
  : 
       Possible Intervenors : 

## ORDER

**PER CURIAM**

     **AND NOW,** this 6th day of January, 2026, upon consideration of the applications of Constellation Energy Corporation and Constellation Energy Generation, LLC (collectively, Constellation), to discontinue the above-captioned appeals and the responses thereto, it is hereby **ORDERED** that the applications are **GRANTED** as follows:

    1.  The above-captioned appeals are **DISMISSED**.

    2.  The June 28, 2022 and November 1, 2023 Orders of the Commonwealth Court that are the subject of the above-captioned appeals are **VACATED**.

3. This matter is **REMANDED** to the Commonwealth Court with instructions to dismiss as moot the original jurisdiction proceedings docketed at No. 41 MD 2022 and No. 247 MD 2022.

Jurisdiction relinquished.